IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELAINE LEWIS,**<br><br>Plaintiff,<br><br>v.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 21-1438** |

## ORDER

**AND NOW**, upon review of the Third Circuit's order filed on October 26, 2023 (23-2431, ECF 20), this Court finds that Hartford Life & Accident Insurance Co. ("Hartford") has abused its discretion for the reasons previously stated, including failure to order an in-person examination of Plaintiff, and remands this claim to Hartford. This Court suggests that Hartford retain Dr. Linehan as one of the doctors to review Plaintiff's medical records, and also suggests that Plaintiff receive an in-person examination by a pain specialist. This Court further suggests that Hartford allow Plaintiff to update her medical records to reflect her current condition and prognosis. Both parties shall submit joint or separate status reports within 30 days.

**DATED: 10/27/2023**                **BY THE COURT:**

                                                         /s/ Michael M. Baylson
                                                         _____
                                                         **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-1438 Lewis v. Hartford Life and Accident Ins Co\21cv1438 Order re Remand.docx