IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE LEWIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 21-CV-01438 |
| : | |
| HARTFORD LIFE AND ACCIDENT : | |
| INSURANCE COMPANY : | |
| : | |
| Defendant. : | |

### STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Date: January 2, 2024

/s/ *Zachary Lipschutz*
Zachary Lipschutz, Esq. (326208)
MARTIN LLC
1818 Market St, 35th Floor
Philadelphia, PA 19103
Phone: (215) 587-8400
Fax: (267) 765-2031
zlipschutz@paworkinjury.com

*Attorney for Plaintiff*

/s/ *Brian P. Downey*
Brian P. Downey (PA 59891)
Adam R. Martin (PA 321257)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 Market Street,
Suite 200
Harrisburg, PA 17101
Phone: (717) 255-1155
brian.downey@troutman.com
adam.martin@troutman.com

*Attorney for Defendant*

**APPROVED BY THE COURT:**

/s/ Michael M. Baylson     1/3/2024
MICHAEL M. BAYLSON
United States District Court Judge